IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT HERRING,

        Plaintiff,

v.

CITIMORTGAGE, INC.

        Defendant.

Case No. 8:15-cv-00616-EAK-TGW

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Robert Herring and Defendant CitiMortgage, Inc. ("CitiMortgage") hereby stipulate to the dismissal of Plaintiff's claims against CitiMortgage with prejudice, with each party to bear its own costs and fees.

Dated: _____, 2015

Respectfully submitted,

By: /s/ _____
One of the Attorneys for Plaintiff Robert Herring

James S. Giardina
The Consumer Rights Law Group, PLLC
3104 W. Waters Ave., Suite 200
Tampa, Florida 33614

By: /s/ _____
One of the Attorneys for Defendant CitiMortgage, Inc.

Kenneth M. Curtin
ADAMS AND REESE LLP
101 East Kennedy Blvd., Suite 4000
Tampa, Florida 33602

8